**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROSE ADANMA DURU,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-3636-L** |
| | § | |
| **DR. ROBERT SCHEINER, et al.,** | § | |
| | § | |
| Defendants. | § | |

### ORDER

This case was referred to United States Magistrate Irma Carrillo Ramirez, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on July 23, 2015, recommending that the court deny Plaintiff's Motion Request for Default Judgment (Doc. 15), filed July 22, 2015. As of the date of this order, Plaintiff has filed no objections to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion Request for Default Judgment (Doc. 15).

**It is so ordered** this 18th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order - Solo Page